AMELIA SANTOS, EXECUTRIX, ETC., RESPONDENT, v. ELIZABETH ANDERSON ET AL., APPELLANTS.

Submitted October 26, 1928—Decided May 20, 1929.

For the respondent, *Irving Siegler.*

For the appellants, *Michael J. Bruder.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, KALISCH, CAMPBELL, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.